PER CURIAM.
Affirmed. See Galindez v. State, 955 So.2d 517 (Fla.2007); Tucker v. State, 726 So.2d 768 (Fla.1999); Miller v. State, 177 So.3d 616 (Fla. 2d DCA 2015) (table decision); Lee v. State, 130 So.3d 707 (Fla. 2d DCA 2013); Knight v. State, 6 So.3d 733 (Fla. 2d DCA 2009); Pratte v. State, 946 So.2d 1184 (Fla. 2d DCA 2006); Harris v. State, 777 So.2d 994 (Fla. 2d DCA 2000).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.